[No. 9710–9–II.   Division Two.   October 7, 1987.]

GRANGE INSURANCE ASSOCIATION, *Appellant,* v. BRENDA L. HUGGINS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–2–02133–2, James D. Ladley, J., entered March 14, 1986. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Casey and Stone, JJ. Pro Tem.

[No. 8730–8–II.   Division Two.   October 7, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CONNIE R. GRIFFITHS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83–1–00223–9, James D. Roper, J., entered April 16, 1985. *Reversed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Edgerton and Swayze, JJ. Pro Tem.

[No. 7683–1–III.   Division Three.   October 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE C. MAURER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–1–00136–3, George T. Shields, J., entered March 12, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Thompson, J.